McFARREN v. VILLAGE OF PENN YAN. (Supreme Court, Appellate Division, Fourth Department. May 17, 1905.) Action by Cassius N. McFarren against the village of Penn Yan.

PER CURIAM. Judgment directed for the plaintiff against the defendant for the sum of

$80.30, with interest thereon from the 6th day of December, 1904, without costs of the submission to either party.

STOVER, J., not voting.